**JUDGE KARAS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BROADCAST MUSIC, INC. et al.,          :   07 CIV 5994
                                       :   CIVIL NO.:
                  Plaintiffs,          :
                                       :   RULE 7.1 CERTIFICATION
     -against-                         :
                                       :
TWENTY ONES, INC.                      :
d/b/a 40/40 CLUB,                      :
DESIREE GONZALEZ a/k/a EPIFANIA        :
GONZALEZ and JUAN PEREZ,               :
each individually,                     :
                                       :
                  Defendants.          :
------------------------------------X



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs certify that, except as otherwise disclosed on the attached list, Plaintiffs have no parents, subsidiaries or affiliates or securities or other interests which are publicly held.

| | |
|---|---|
| EMI Blackwood Music, Inc. | EMI Group PLC.<br>(100% Stockholder) |
| Zomba Songs, Inc. | Zomba Enterprises Inc.<br>(100% Stockholder) |

Dated: New York, New York
       June 21, 2007

BROADCAST MUSIC, INC.

By: _____
Kerri Howland-Kruse (KHK 2781)
320 West 57th Street
New York, NY 10019
(212) 586-2000
Khowland-kruse@bmi.com