United States District Court
Southern District of New York

_____

Broadcast Music, Inc., et al.

                                      Plaintiff,

  -against-                                       **AFFIDAVIT OF SERVICE**
                                                                                   Case # 07 CIV 5994

Twenty Ones, Inc.,
d/b/a 40/40 Club; et al.

                                        Defendants
_____

CITY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons, Complaint, Individual Practices of Judge Kenneth M. Karas, Individual Practices of Magistrate James Francis and Procedures for Electric Case Filing, under Section 306 of the Business Corporation Law. The corporation which was served was: **TWENTY ONES INCORPORATED**

That on the 27th day of June, 2007 at approx. 11:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 120 lbs., brown hair

                                                                   Denise L. Dooley

Sworn to before me
this 27th day of June 2007.

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200706270265                          Cash #: 200706270254
Date of Service:  06/27/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  TWENTY ONES INCORPORATED



Plaintiff/Petitioner:
          BROADCAST MUSIC, INC.




Service of Process Address:
TWENTY ONES INCORPORATED
6 W 25TH ST
NEW YORK,  NY 10010

                                                   Secretary of State
                                                      By   CAROL VOGT
```