UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BROADCAST MUSIC, INC., ET AL.,            :
                                          :
                              Plaintiff,  :   07cv5994(KMK)
                                          :
                V.                        :
                                          :
TWENTY ONES, INC., ET AL,                 :
                              Defendant.  :   **AFFIDAVIT OF SERVICE**
                                          :
-------------------------------------------------

    I, John R. Clancy, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and reside in Deer Park, New York.

    That on July 20, 2007 at 10:50 a.m., deponent served the **Summons In A Civil Action, the Complaint, the Individual Judges' Rules, together with the Guidelines and Procedures For Electronic Case Filing** by hand upon defendant Desiree Gonzalez, by personally leaving true copies to and leaving them with Hector Gonzalez, the Managing Clerk at Morrison Cohen LLP, at their offices located at 909 Third Avenue, New York, New York, 10022. Hector Gonzalez stated that he was authorized to accept service on behalf of Morrison Cohen, LLP, who in turn had agreed to accept service on behalf of defendant Desiree Gonzalez.

    Mr. Gonzalez can be described as a Hispanic male, approximately 30 years of age, approximately 6'0" and 230 pounds.

                                                                      John R. Clancy
                                                                      License No. 1040725

Sworn to before me this
20th day of July 2007

_____
Notary Public

PATRICIA E. SMITH
Notary Public, State of New York
No. 1SM4796951
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 30, 20__

NY 889446_1.DOC