Y. David Scharf (YDS-0910)
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone:   (212) 735-8600
Facsimile:    (212) 735-8708
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

BROADCAST MUSIC, INC., MICHAEL JOE
JACKSON, an individual d/b/a MIJAC MUSIC,
MIRAN PUBLISHING, INC., HIP CITY MUSIC, INC.,
HIRAM HICKS and ELLIOT STRAITE, a partnership
d/b/a HIFROST PUBLISHING, ZOMBA SONGS, INC.,
R. KELLY PUBLISHING, INC., TEDRA SHENITA
MOSES, an individual d/b/a RAS N TAJ MUSIC,
PAUL POLI, an individual d/b/a PAUL POLI MUSIC,
INC., EMI BLACKWOOD MUSIC INC., PLEASE
GIMME MY PUBLISHING INC., UNICHAPPELL
MUSIC, INC., PHARRELL L. WILLIAMS, an
individual d/b/a WATERS OF NAZARETH
PUBLISHING,

       Plaintiffs,

  -against-

TWENTY ONES, INC. d/b/a 40/40 CLUB,
DESIREE GONZALEZ a/k/a EPIFANIA GONZALEZ
and JUAN PEREZ, each individually,

       Defendants.

-----------------------------------------------------------X

Civil Action No. 07 CV 5994
(KMK)

**STIPULATION AND
ORDER**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that the time for Defendants to answer, move or otherwise respond to the Complaint dated June 21, 2007 is extended through and including September 4, 2007;

#854929 v1 \88888 \888

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be signed in counterparts with facsimile signatures treated as originals.

Dated: New York, New York
July 19, 2007

BROADCAST MUSIC, INC.
Attorneys for Plaintiffs

By: _____
Kerri Howland-Kruse (KHK- 2871)
320 West 57th Street
New York, New York 10019
(212) 586-2000

MORRISON COHEN LLP
Attorneys for Defendants

By: _____
Y. David Scharf (YDS-0910)
909 Third Avenue
New York, New York 10022
(212) 735-8600

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.

#854929 v1 \88888 \888

2