AUG-30-2007 10:03    LEGAL BMI                              2123970789   P.02

*KARAS, S.*

Y. David Scharf (YDS-0910)
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708
Attorneys for Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BROADCAST MUSIC, INC., MICHAEL JOE
JACKSON, an individual d/b/a MIJAC MUSIC,
MIRAN PUBLISHING, INC., HIP CITY MUSIC, INC.,
HIRAM HICKS and ELLIOT STRAITE, a partnership
d/b/a HIFROST PUBLISHING, ZOMBA SONGS, INC.,
R. KELLY PUBLISHING, INC., TEDRA SHENITA
MOSES, an individual d/b/a RAS N TAJ MUSIC,    :  Civil Action No. 07 CV 5994
PAUL POLI, an individual d/b/a PAUL POLI MUSIC, :  (KMK)
INC., EMI BLACKWOOD MUSIC INC., PLEASE
GIMME MY PUBLISHING INC., UNICHAPPELL            :  STIPULATION AND
MUSIC, INC., PHARRELL L. WILLIAMS, an            :  **ORDER**
individual d/b/a WATERS OF NAZARETH
PUBLISHING,

                                 Plaintiffs,
             -against-

TWENTY ONES, INC. d/b/a 40/40 CLUB,
DESIREE GONZALEZ a/k/a EPIFANIA GONZALEZ
and JUAN PEREZ, each individually,

                                 Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the time for Defendants to answer, move or otherwise respond to the Complaint dated June 21, 2007 is extended through and including September 18, 2007;

AUG-30-2007  10:03        LEGAL BMI                           2123970789    P.03

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be signed in counterparts with facsimile signatures treated as originals.

Dated: New York, New York
August 30, 2007

BROADCAST MUSIC, INC.
Attorneys for Plaintiffs

By: _____
Kerri Howland-Kruse (KHK-2871)
320 West 57th Street
New York, New York 10019
(212) 586-2000

MORRISON COHEN LLP
Attorneys for Defendants

By: _____
Y. David Scharf (YDS-0910)
909 Third Avenue
New York, New York 10022
(212) 735-8600

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.
9/4/07

#902409 v1 \19729 \001                           2

TOTAL P.03