*Sullivan, J*

Y. David Scharf (YDS-0910)
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone:    (212) 735-8600
Facsimile:    (212) 735-8708
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 9/18/07

------------------------------------------------X

BROADCAST MUSIC, INC., MICHAEL JOE
JACKSON, an individual d/b/a MIJAC MUSIC,
MIRAN PUBLISHING, INC., HIP CITY MUSIC, INC.,
HIRAM HICKS and ELLIOT STRAITE, a partnership
d/b/a HIFROST PUBLISHING, ZOMBA SONGS, INC.,
R. KELLY PUBLISHING, INC., TEDRA SHENITA
MOSES, an individual d/b/a RAS N TAJ MUSIC,
PAUL POLI, an individual d/b/a PAUL POLI MUSIC,
INC., EMI BLACKWOOD MUSIC INC., PLEASE
GIMME MY PUBLISHING INC., UNICHAPPELL
MUSIC, INC., PHARRELL L. WILLIAMS, an
individual d/b/a WATERS OF NAZARETH
PUBLISHING,

                                        Plaintiffs,

            -against-

TWENTY ONES, INC. d/b/a 40/40 CLUB,
DESIREE GONZALEZ a/k/a EPIFANIA GONZALEZ
and JUAN PEREZ, each individually,

                                        Defendants.

Civil Action No. 07 CV 5994
~~(KMK)~~  (RJS)

STIPULATION AND
ORDER

------------------------------------------------X

            IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned that the time for Defendants to answer, move or otherwise respond to the Complaint

dated June 21, 2007 is extended through and including October 18, 2007;

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be

signed in counterparts with facsimile signatures treated as originals.

Dated: New York, New York
        September 12, 2007

BROADCAST MUSIC, INC.                   MORRISON COHEN LLP
Attorneys for Plaintiffs                Attorneys for Defendants

By: _____            By: _____
    Kerri Howland-Kruse (KHK- 2871)         J. David Scharf (YDS-0910)
    320 West 57th Street                    909 Third Avenue
    New York, New York  10019               New York, New York  10022
    (212) 586-2000                          (212) 735-8600

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.
    Richard Sullivan