```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    )
BROADCAST MUSIC, INC. et al.,       )
                                    )   CIVIL ACTION NO.: 1:07-cv-05994-NRB (RJS)
            Plaintiffs,             )
                                    )
        v.                          )
                                    )
TWENTY ONES, INC.                   )
d/b/a 40/40 CLUB,                   )
DESIREE GONZALEZ a/k/a              )
EPIFANIA GONZALEZ and               )
JUAN PEREZ, each individually,      )
                                    )
            Defendants.             )
                                    )
-----------------------------------X

## STIPULATION
## DISCONTINUING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 30, 2007
       New York, NY

BROADCAST MUSIC, INC.

By: _____
Kerri Howland-Kruse, Esq.
320 West 57th Street
New York, NY 10019
(212) 830-2571
Khowland-Kruse@bmi.com
Attorney for Plaintiffs

MORRISON COHEN LLP

By: _____
Y/ David Scharf, Esq.
909 Third Avenue
New York, New York 10022
(212) 735-8600
dscharf@morrisoncohen.com
Attorney for Defendants

SO ORDERED:

_____
U.S.D.J.
10/10/07